```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY SUBE,                    )
                                 )     Civil Action
           Plaintiff             )     No. 11-cv-05736
                                 )
      vs.                        )
                                 )
CITY OF ALLENTOWN                )
                                 )
           Defendant             )
```

**O R D E R**

NOW, this 15th day of May, 2014, upon consideration of the following documents:

    (1)  Defendant's Motion for Summary Judgment filed April 4, 2014 (Document 49);

    (2)  Defendant, City of Allentown's Motion in Limine to Preclude Testimony and/or Evidence Relating to Monetary Damages Under Either the Americans with Disabilities Act or the Pennsylvania Human Relations Act, which motion in limine was filed April 28, 2014 (Document 59);

    (3)  Defendant, City of Allentown's Motion in Limine to Preclude Testimony and/or Evidence Relating to Plaintiff's Current Condition or Abilities, which motion in limine was filed April 28, 2014 (Document 60);

    (4)  Defendant, City of Allentown's Motion in Limine to Preclude Evidence and Testimony Regarding Alleged Statements Made by Former Chief of Police Roger MacLean, which motion in limine was filed April 28, 2014 (Document 61);

    (5)  Defendant, City of Allentown's Motion in Limine to Preclude Plaintiff's Demands for Compensatory Damages and a Jury Trial for His Americans with Disabilities Act Retaliation Claim, which motion in limine was filed April 28, 2014 (Document 62);

      (6)    Plaintiff's Motion in Limine to Bar Defendant from Introducing at Trial Any Evidence Not Turned Over to the Plaintiff During Discovery, and to Bar the Defendant from Presenting Any Witness the Defendant Did Not Identify to Plaintiff in Discovery, in Defendant's Rule 26 Mandatory Disclosure or as a Designee, which motion in limine was filed April 28 2014 (Document 63); and

      (7)    Defendant, City of Allentown's, Motion for Leave to File Reply Brief, which motion was filed May 1, 2014 (Document 65);

it appearing by Order of Clerk of Court Michael E. Kunz dated and filed May 6, 2014 (Document 73) that the parties have settled this action, and that this action was dismissed pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania,

    <u>IT IS ORDERED</u> that the within motions, described at (1) through (7) above, are dismissed as moot.

                                              BY THE COURT:

                                              /s/ JAMES KNOLL GARDNER\_
                                              James Knoll Gardner
                                              United States District Judge